UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE TIMCO,

        Plaintiff,

   v.

T-MOBILE,

        Defendant.

Case No. C22-0276-RAJ

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

    Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).  Therefore, Plaintiff's IFP application, Dkt. 3, is GRANTED.  However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915 (e)(2)(B).  The Clerk is directed to send copies of this Order to the parties and to the assigned District Judge.

    Dated this 17th day of May, 2022.

                                                  /s/ S. Kate Vaughan
                                                  S. KATE VAUGHAN
                                                  United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1